\*\*E-Filed 9/27/2010\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JAVIER ZAMORA, | Case No. 5:09-cv-3273-JF/PVT |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security | |
| Defendant. | |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Plaintiff and against the Defendant and that the Clerk of the Court close the file.

DATED: 9/27/2010

_____
JEREMY FOGEL
United States District Judge

Case No. 5:09-cv-3273-JF/PVT
JUDGMENT
(JFLC3)